**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
600 South Second Street
Suite 103
Springfield, IL 62704

217 522 4441 tel
217 522 7868 fax
www.ctcorporation.com

Matthew Lee Stone
The Law Offices of Schneider & Stone
8424 Skokie Blvd.,
Suite 200,
Skokie, IL 60077

**FILED**
APR 24 2013
Judge Samuel Der-Yeghiayan
U.S. District Court

Re: Zambezia Film (Pty) Ltd., etc., Pltf. vs. Doe 1, et al., Dfts. // To: N/A

Case No. 13CV1743

Dear Sir/Madam:

I am writing in response to your Subpoena for records concerning Does 1-13

Please be advised that C T Corporation System has none of the information you are seeking. C T Corporation System is an attorney-service entity that acts as agent for service of process for thousands of entities.

If your Subpoena is intended for one of those entities, the document should be directed to that entity c/o C T Corporation System at this address.

If C T Corporation System represents that entity, your document will be forwarded to the recipient on our records for that entity.

We trust you will take the necessary steps to direct your Subpoena to the correct party, and to remove C T Corporation System as the party commanded to appear.

Very truly yours,


C T Corporation System

Log# 522524280

Sent By Regular Mail

cc: Illinois Northern District, U.S. District Court
   Dirksen Federal Building,
   219 South Dearborn St,
   Chicago, IL 60604
(Returned To)

Matthew Lee Stone
The Law Offices of Schneider & Stone
8424 Skokie Blvd.,
Suite 200,
Skokie, IL 60077

EZ260 (7/2012)

**CT Corporation**

Undeliverable mail only to:
600 South Second Street
Suite 103
Springfield, IL 62704

ADDRESS SERVICE REQUESTED

District Court

neopost
04/18/2013
US POSTAGE $00.46

FIRST CLASS MAIL
ZIP 62704
041L10215688

6060411702